UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Mag. Case Number: __'08 MJ 0623__

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) Title 21, U.S.C., Sections 952 and 960 |
| REYNA, Joe and AVILA, Gina | ) Importation of a Controlled Substance |
| Defendant, | ) |

The undersigned complaint being duly sworn states:

On or about 3/2/2008, within the Southern District of California, Joe REYNA and Gina AVILA did knowingly and intentionally import approximately 80.60 kilograms of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SENIOR SPECIAL AGENT (SSA)
IMMIGRATION & CUSTOMS
ENFORCEMENT (ICE)

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF MARCH, 2008.

MAGISTRATE JUDGE

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

## STATEMENT OF FACTS

On 3/2/2008, at approximately 23:05 hrs, Joe REYNA and Gina AVILA attempted to enter the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, California. REYNA was the driver and registered owner of a white 1997 Ford F-150 bearing California license 8M21160 of which Gina AVILA was the passenger. The vehicle was in Pre-primary when CBP K-9 "SONNI" (IN09) alerted and indicated that a narcotic odor emanated from the truck. The truck was referred to the secondary inspection area where 60 packages containing approximately 80.60 kilograms of Marijuana were found concealed in a non-factory compartment in the cargo area of the truck. A presumptive test of one of the packages revealed a positive reaction to the presence of Marijuana.

REYNA and AVILA were arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and was booked into the Metropolitan Correction Center, San Diego, CA. The vehicle and Marijuana were seized under seizure number 200825040012841.