1

2

3

4

5

```
                              FILED

                            APR - 

                    CLERK, U.S, DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
              BY                        DEPUTY
```

6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8 | UNITED STATES OF AMERICA,       )  Criminal Case No. 08CR0959-JAH

9 |                     Plaintiff,  )  I N F O R M A T I O N

10 |        v.                       )  Title 21, U.S.C., Secs. 952 and
   |                                )  960 - Importation of Marijuana;
11 | JOE REYNA (1),                  )  Title 18, U.S.C., Sec. 2 - Aiding
   | GINA AVILA (2),                 )  and Abetting (Felony)
12 |                                )
   |                     Defendants. )
13

14

The United States Attorney charges:

15

On or about March 2, 2008, within the Southern District of

16

California, defendants JOE REYNA and GINA AVILA, did knowingly and

17

intentionally import 50 kilograms or more, to wit:  approximately

18

80.60 kilograms (177.32 pounds), of marijuana, Schedule I Controlled

19

Substance, into the United States from a place outside thereof; in

20

violation of Title 21, United States Code, Sections 952, 960 and

21

Title 18, United States Code, Section 2.

22

DATED: April 1, 2008 .

23

KAREN P. HEWITT
United States Attorney

24

25

26

CARLA J. BRESSLER
Assistant U.S. Attorney

27

28 | CJB:kmm:San Diego
   | 3/10/08